UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETS

Docket No.: 12-12262GAO

FATHER & SON MOVING & STORAGE, MOVING AND STORAGE, INC., d/b/a NEIGHBORS MOVING AND STORAGE, AMERICAN VAN LINES, INC., MBM MOVING SYSTEMS, LLC, NATIONWIDE RELOCATION SERVICES, INC., and COLONIAL VAN LINES, INC.

     Plaintiffs,

     v.

XPRESS MOVERS, LLC, MARTIN PANAYOTOV, STOIL ANDREEV, and ADVANCED INTERACTIVE, LLC,

     Defendants

**MOTION FOR JUDGMENT ON THE PLEADINGS
DEFENDANTS' XPRESS MOVERS, LLC, STOIL ANDREEV
AND ADVANCED INTERACTIVE, LLC**

Now come the defendants, Stoil Andreev, XPress Movers, LLC and Advanced Interactive, LLC, and hereby move for an Order dismissing the plaintiffs' Complaint. As grounds, the defendants state that as alleged operators of an interactive website who were not also the content providers, they are immune from suit pursuant to 47 U.S.C. § 230(c). The only allegation arguably not subject to immunity is a claim that Xpress Movers, LLC, falsely identified itself as accredited by the Better Business Bureau, or that MyMoving Reviews.com falsely claims to be neutral. Nevertheless, the entire Complaint should be dismissed because it fails to set forth sufficient facts related to those claims which would plausibly entitle the plaintiffs to any relief. The defendants further rely on the arguments made in the

accompanying Memorandum of Law and adopt by reference those arguments made by co-defendant Martin Panayotov in support of his similar Motion for Judgment on the Pleadings.

        *Respectfully submitted*,

        The Defendants
        Xpress Movers, LLC, Stoil Andreev and
        Advanced Interactive, LLC
        By their attorneys,


           /s/ Peter E. Montgomery
        Richard E. Brody, BBO# 058520
        Peter E. Montgomery, BBO# 632698
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100
        rbrody@bhpklaw.com
        pmontgomery@bhpklaw.com

DATED:      May 17, 2013

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

                                  /s/ Peter E. Montgomery
                              Peter E. Montgomery, BBO# 632698

DATED:     May 17, 2013