UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FATHER& SON MOVING & STORAGE, MOVING AND STORAGE, INC., d/b/a NEIGHBORS MOVING AND STORAGE, AMERICAN VAN LINES, INC., MBM MOVING SYSTEMS, LLC, NATIONWIDE RELOCATION SERVICES, INC., AND COLONIAL VAN LINES, INC.,<br>        Plaintiffs<br><br>v.<br><br>XPRESS MOVERS, LLC, MARTIN PANAYOTOV, STOIL ANDREEV, and ADVANCED INTERACTIVE, LLC,<br>        Defendants. | No. 1:12-cv-12262-GAO |

**DEFENDANT MARTIN PANAYOTOV'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

---

Defendant Martin Panayotov ("the defendant") hereby moves to dismiss the plaintiffs' First Amended Complaint for failure to state a claim on which relief may be granted against him. As grounds therefor, as set forth more fully in the accompanying memorandum of law, the defendant states that the plaintiffs' claims against him are barred by the Communications Decency Act, 47 U.S.C. § 230.  Further, each of the plaintiffs' claims each fails to state a claim on which relief may be granted and must be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

Wherefore, defendant Martin Panayotov respectfully requests that the plaintiffs' Complaint be dismissed with prejudice, and that the Court award its costs and fees, and grant such other and further relief as is just and equitable.

984173.1

## REQUEST FOR ORAL ARGUMENT

The defendant, wishing to be heard and believing that oral argument may assist the Court in its review of the foregoing motion, respectfully requests oral argument.

Respectfully submitted,

Defendant,
Martin Panayotov
By his counsel,

/s/ Kara Thorvaldsen
George C. Rockas BBO# 544009
Kara Thorvaldsen BBO# 660723
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
260 Franklin Street
Boston, MA 02110
(617) 422-5300

## Certificate Of Service

I, Kara Thorvaldsen, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I am not aware of any party who is a non registered participant, and therefore electronic filing is the sole means of service of this document.

/s/ Kara Thorvaldsen

984173.1