UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETS

Docket No.: 12-12262GAO

| | |
|---|---|
| FATHER & SON MOVING & STORAGE, MOVING AND STORAGE, INC., d/b/a NEIGHBORS MOVING AND STORAGE, AMERICAN VAN LINES, INC., MBM MOVING SYSTEMS, LLC, NATIONWIDE RELOCATION SERVICES, INC., and COLONIAL VAN LINES, INC.<br><br>    Plaintiffs,<br><br>    v.<br><br>XPRESS MOVERS, LLC, MARTIN PANAYOTOV, STOIL ANDREEV, and ADVANCED INTERACTIVE, LLC,<br><br>    Defendants | |

**DEFENDANTS', STOIL ANDREEV, XPRESS MOVERS, LLC
AND ADVANCED INTERACTIVE, LLC,
<u>MOTION TO DISMISS</u>**

Now come the defendants, Stoil Andreev, Xpress Movers, LLC and Advanced Interactive, LLC, and hereby move to dismiss the plaintiffs' First Amended Complaint ("FAC") pursuant to Mass. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.  The thrust of the claims against the moving defendants has not changed materially since these defendants moved for judgment on the pleadings in response to the initial Complaint.  Docket Entry # 35.  For the same reasons as were advanced in support of that motion, which the movants incorporate herein by reference, the moving defendants are still entitled to judgment.

It is alleged in the FAC that defendants Martin Panayotov and Stoil Andreev have conspired to operate MyMovingReviews.com and in so doing, have violated the Lanham Act (Count I), Mass. G.L. c. 93A (Count II), and the Common Law – False Advertising (Count III).  The Court should dismiss each of those Counts for the reasons already set forth in the moving defendants' earlier submissions. Although they have had two opportunities to set forth facts in support of their remaining claims of Tortious Interference (Count IV), Trademark Infringement (Count V), and Copyright Infringement (Count VI), the plaintiffs have failed to set forth facts that would plausibly entitle the plaintiffs to relief on any of those Counts.  Movants incorporate and rely upon the arguments advanced by Martin Panayotov in his Memorandum of Law.  Docket Entry # 42.

For all of these reasons, the plaintiffs' First Amended Complaint should be dismissed with prejudice.

*Respectfully submitted*,

The Defendants
Xpress Movers, LLC, Stoil Andreev and
Advanced Interactive, LLC
By their attorneys,


*/s/* Peter E. Montgomery
Richard E. Brody, BBO# 058520
Peter E. Montgomery, BBO# 632698
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100
rbrody@bhpklaw.com
pmontgomery@bhpklaw.com

DATED:  June 13, 2013

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

                                      /s/ Peter E. Montgomery
                                      Peter E. Montgomery, BBO# 632698

DATED:  June 13, 2013