UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FATHER& SON MOVING & STORAGE, MOVING AND STORAGE, INC., d/b/a NEIGHBORS MOVING AND STORAGE, AMERICAN VAN LINES, INC., MBM MOVING SYSTEMS, LLC, NATIONWIDE RELOCATION SERVICES, INC., AND COLONIAL VAN LINES, INC.,<br>    Plaintiffs<br><br>v.<br><br>XPRESS MOVERS, LLC, MARTIN PANAYOTOV, STOIL ANDREEV, ADVANCED INTERACTIVE, LLC, and WORLD MEDIA GROUP, LLC<br>    Defendants. | No. 1:12-cv-12262-GAO |

**DEFENDANT WORLD MEDIA GROUP, LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED**

Defendant World Media Group, LLC ("the defendant") hereby moves to dismiss the plaintiffs' First Amended Complaint for failure to state a claim on which relief may be granted against him. As grounds therefor, the defendant joins in and adopts and incorporates by reference the arguments set forth in Defendant Martin Panayotov's Motion To Dismiss Plaintiffs' First Amended Complaint Pursuant To Fed. R. Civ. P. 12(b)(6) and memoranda of law submitted in support thereof. As set forth more fully in the motion papers incorporated by reference here, the defendant states that the plaintiffs' claims against him are barred by the Communications Decency Act, 47 U.S.C. § 230, because, as alleged in the First Amended Complaint, the defendant is an internet service provider and the plaintiffs seek to hold it liable as a publisher for

990144.1

content provided by third parties. Further, each of the plaintiffs' claims each fails to state a claim on which relief may be granted and must be dismissed pursuant to Fed. R. Civ. P. 12(b)(6). The points and authorities set forth in the memorandum of law in support of defendant Panayotov's motion to dismiss apply with equal force to this defendant, where no different or additional facts are alleged as to this defendant.

    Wherefore, the defendant respectfully requests that the plaintiffs' Complaint be dismissed with prejudice, and that the Court award its costs and fees, and grant such other and further relief as is just and equitable.

> Respectfully submitted,
> World Media Group, LLC
> By its attorneys,
>
> /s/ Kara Thorvaldsen
> Kara Thorvaldsen, BBO # 660723
> WILSON, ELSER, MOSKOWITZ,
> EDELMAN & DICKER LLP
> 260 Franklin Street, 14th Floor
> Boston, MA 02110
> (617) 422-5300
> Kara.Thorvaldsen@wilsonelser.com

990144.1

## **CERTIFICATE OF SERVICE**

    I, Kara Thorvaldsen, hereby certify that on July 23, 2013, I electronically filed the foregoing document, which was sent to all parties of record via this Court's CM/ECF filing system.

                                       /s/ Kara Thorvaldsen
                                       Kara Thorvaldsen