UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MOVING AND STORAGE, INC., et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 12-cv-12262-IT |
| | * | |
| MARTIN PANAYOTOV, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

July 21, 2014

TALWANI, D.J.

This court hereby orders that:

1. Plaintiffs' Assented-To Motion for Leave to File Second Amended Complaint to Use Full Name of Plaintiff Father & Son and to Correct Its Address and State of Incorporation [#97] is ALLOWED. Plaintiffs shall file their second amended complaint by July 25, 2014.

2. The Motion of Defendants Martin Panayotov and World Media Group, LLC for Leave to File Amended Answer to Plaintiffs' First Amended Complaint and Counterclaim [#95] is DENIED AS MOOT.

3. Plaintiffs shall file, by July 25, 2014, an amended corporate disclosure statement.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge